Sandra ROGGER, Respondent,

v.

**Robert L. ROGGER, Appellant,**

v.

**Tosha Rogger, Respondent.**

No. 72831.

Missouri Court of Appeals,
Eastern District,
Division One.

May 26, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 28, 1998.

Application for Transfer Denied
Feb. 23, 1999.

Richard Scott Bender, Rosenblum, Golden-hersh, Silverstein & Zaft, Clayton, for appellant.

Henry T. Vogt, Clayton, for respondent.

GARY M. GAERTNER, Judge.

Appellant, Robert L. Rogger, appeals from the order entered by a family court commissioner in the Circuit Court of St. Louis County denying appellant's motion to find respon-

dent, Tosha Rogger, in contempt of a prior court order.[1] We dismiss.

Recently, our Supreme Court ruled documents which purport to be appealable judgments must be signed by a judge as mandated by our state constitution. *Slay v. Slay,* 965 S.W.2d 845, 845 (Mo.banc 1998). Here, the document, though denominated a "judgment," is signed only by the commissioner who heard the case. Accordingly, there is no final judgment from which the parties may appeal. The appeal is dismissed.

GRIMM, P.J., and PUDLOWSKI, J., concur.

---

1. Sandra Rogger is not a party to this appeal.